# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **SALEEBAN ISSE ADAN,**  *Petitioner*,  v.  **JOHN OR JANE DOE,**  *Respondent.* | **CIVIL ACTION NO.**  **5:24-cv-00115-TES-CHW** |

## ORDER ADOPTING THE UNITED STATES MAGISTRATE JUDGE'S RECOMMENDATION

Before the Court is the United States Magistrate Judge's Recommendation to Dismiss [Doc. 4] Petitioner Saleeban Isse Adan's Motion to Vacate, Set Aside, or Correct a Sentence [Doc. 1], which Petitioner filed pursuant to 28 U.S.C. § 2255. Petitioner did not file an objection to the Recommendation within the 14-day period prescribed by 28 U.S.C. § 636(b)(1)(C), so the Court reviews the Recommendation for clear error. *See* 28 U.S.C. § 636(b)(1)(C) *in connection with* Fed. R. Civ. P. 6(a)(1) & (d). Finding no error, the Court **ADOPTS** the magistrate judge's Recommendation [Doc. 4] and **MAKES IT THE ORDER OF THE COURT**.

Accordingly, the Court **DISMISSES** Petitioner's Motion [Doc. 1]. Because Petitioner already has an open Section 2255 action in this Court, the Court need not construe this filing as a habeas petition, and Petitioner will not be prejudiced by this

dismissal. *Adan v. American White Government*, 3:24-cv-8-CDL-CHW; *see Gunn v. Newsome*, 881 F.2d 949, 961 (11th Cir. 1989).

    **SO ORDERED**, this 13th day of May, 2024.

                                                       S/ Tilman E. Self, III
                                                       **TILMAN E. SELF, III, JUDGE**
                                                       **UNITED STATES DISTRICT COURT**