IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SALEEBAN ISSE ADAN, | * |
| Petitioner, | * |
| v. | Case No. 5:24cv115-TES-CHW |
| | * |
| JOHN OR JANE DOE, | |
| | * |
| Respondents. | |
| | * |

## J U D G M E N T

Pursuant to this Court's Order dated May 13, 2024, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 13th day of May, 2024.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk